ACCEPTED
15-25-00025-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/21/2025 11:34 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/21/2025 11:34:18 AM
CHRISTOPHER A. PRINE
Clerk

No. 15-25-00025-CV

IN THE

# Fifteenth Court of Appeals

In re Kimco Developers, Inc., KD Houston 1086A, Inc., Kimco Realty Services, Inc., and Kimco Realty Corporation,

*Relators*,

Original Proceeding from
Business Court, Eleventh Division
Cause No. 24-BC11A-0013
Honorable Sofia Adrogué

**Motion for Extension of Time to File
Response to Petition for Writ of Mandamus**

Real-Party-in-Interest Cypress Towne Center, Ltd., individually and derivatively on behalf of Kimco 290 Houston II, L.P., files this motion for extension of time and respectfully request a 14-day extension until May 5, 2025, to file Real-Party's Response to the Petition for Writ of Mandamus.

**A. Current Deadline**

The current deadline to file Real-Party's Response is April 21, 2025.

**B. Extension Sought**

Real-Party requests a 14-day extension of time until May 5, 2025, to file Real-Party's Response.

**C. Number of Previous Extensions Granted**

None.

**D. Facts Explaining the Needed Extension**

Counsel for Real-Party has been substantially involved in the following matters, among others, that necessitate the filing of this motion:

- *AZZ, Inc. v. Southeast Texas Industries, Inc.*; No. 09-24-00181-CV; In the Ninth District Court of Appeals. Counsel was responsible for drafting and filing Appellee's Brief by April 14, 2025; and

- *Hendrix v. Power Rental Solutions, LLC*, No. 14-24-00489-CV; In the Fourteenth District Court of Appeals. Counsel is responsible for drafting and filing Appellee's Brief by April 21, 2025.

Additional time will allow Real-Party to distill the issues more clearly and, in turn, make the Court's job easier with respect to

analyzing the relevant issues in dispute. This motion is not filed for the purpose of delay.

**E. Extension Is Not Opposed**

Counsel for Relators expressed no opposition to the extension of time to file Real-Party's Response, as requested in this motion.

**PRAYER**

Real-Party-in-Interest Cypress Towne Center, Ltd., individually and derivatively on behalf of Kimco 290 Houston II, L.P., respectfully requests that the Court grant this motion and extend the time for filing Real-Party's Response to May 5, 2025, and to grant all other relief to which it may be entitled.

Respectfully submitted,

By: /s/ Andrew B. Bender
Sharon McCally
Texas Bar No. 13356100
smccally@andrewsmyers.com

Andrew B. Bender
Texas Bar No. 24084290
abender@andrewsmyers.com

Hunter M. Barrow
Texas Bar No. 24025240
hbarrow@andrewsmyers.com

Emily W. Miller
State Bar No. 24079527

3

emiller@andrewsmyers.com
ANDREWS MYERS P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
713.850.4200

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served on all counsel of record via e-service on April 21, 2025.

*/s/* Andrew B. Bender

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pamela Lee on behalf of Andrew Bender
Bar No. 24084290
plee@andrewsmyers.com
Envelope ID: 99877510
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File Response to Petition for Writ of Mandamus
Status as of 4/21/2025 11:39 AM CST

Associated Case Party: Cypress Towne Center, Ltd., both individually and derivatively on behalf of Kimco 290 Houston II, L.P.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Hunter Barrow | 24025240 | hbarrow@andrewsmyers.com | 4/21/2025 11:34:18 AM | SENT |
| Emily Miller | 24079527 | emiller@andrewsmyers.com | 4/21/2025 11:34:18 AM | SENT |
| Andrew Bender | 24084290 | abender@andrewsmyers.com | 4/21/2025 11:34:18 AM | SENT |
| Sharon McCally | | smccally@andrewsmyers.com | 4/21/2025 11:34:18 AM | SENT |

Associated Case Party: Kimco Developers, Inc., KD Houston 1086A, Inc., Kimco Realty Services, Inc., and Kimco Realty Corporation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Elizabeth G. "Heidi"Bloch | | blochh@gtlaw.com | 4/21/2025 11:34:18 AM | SENT |
| Stephanie Sanchez | | Stephanie.Sanchez@gtlaw.com | 4/21/2025 11:34:18 AM | SENT |
| Paul Stibbe | | paul.stibbe@gtlaw.com | 4/21/2025 11:34:18 AM | SENT |
| Roland Garcia | | garciar@gtlaw.com | 4/21/2025 11:34:18 AM | SENT |

Associated Case Party: Hon. SofiaAdrogu??

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Hon. Sofia Adrogué | | BCDivision11A@txcourts.gov | 4/21/2025 11:34:18 AM | SENT |